424 A.2d 551

Paradise Haven et al., Appellant v. Housley et al.

Argued April 11, 1979.  David G. Petonic, for appellant;  James Hook, for appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

The order of the lower court is hereby affirmed.